SEALED unseal on 1/23/20

FILED JAN 21 2020
CLERK US DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY ___ DEPUTY

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MICHAEL CRAIG ROSE,<br><br>Defendant. | Magistrate Case No.: 20MJ0219<br><br>COMPLAINT FOR VIOLATION OF:<br><br>Title 18, U.S.C. § 2252(a)(2) – Receipt of Images of Minors Engaged in Sexually Explicit Conduct |

The undersigned Complainant, being duly sworn, states:

On or about and between April 29, 2017, and July 26, 2018, within the Southern District of California, defendant Michael Craig ROSE, did knowingly receive visual depictions, that is, digital and computer images, using a means and facility of interstate and foreign commerce, and that had been shipped or transported in and affecting interstate and foreign commerce, the production of which involved the use of a minor engaging in sexually explicit conduct, as defined in Title 18, United States Code, Section 2256(2), and which visual depictions were of such conduct; in violation of Title 18, United States Code, Section 2252(a)(2).

//
//

And the complainant states that this complaint is based on the attached Statement of Facts incorporated herein by reference.

Andrew J. Meiszberg
Special Agent, FBI

Sworn to me and subscribed in my presence this 21st day of January, 2020

HON. ANDREW G. SCHOPLER
United States Magistrate Judge

STATEMENT OF FACTS

I am a Special Agent (SA) with the Federal Bureau of Investigation (FBI), and have been so employed since March of 2019. I have received training and gained experience in interviewing and interrogation techniques, arrest procedures, search warrant applications, the execution of searches and seizures, computer crimes, computer evidence identification, computer evidence seizure and processing, and various other criminal laws and procedures.

Between December of 2017 and October of 2018, the FBI reviewed logs of internet users who were attempting to obtain child pornography images and videos through a peer-to-peer file sharing platform. Among those users was a particular IP Address which was further investigated. The logs from the peer-to-peer file sharing platform showed that the particular IP Address had attempted to obtain over 20

2

different child pornography images videos and compressed files between April 29, 2017 and July 26, 2018. Among the files were the following:

    A.    A video of a nude prepubescent male inserting his penis into the vagina of a nude prepubescent female;

    B.    A compressed zip file that contains 704 images of prepubescent children. Many of these images show children engaging in sexual acts with other children to include oral and vaginal intercourse.

Pursuant to a Department of Justice Administrative Subpoena, AT&T Internet Services provided subscriber information revealing the particular IP address was assigned to a residence in San Diego, California, within the Southern District of California.

On November 2, 2018, a federal search warrant for the San Diego residence identified in the subpoena response was obtained for evidence of violations of 18 U.S.C. §§ 2252 and 2252A. FBI agents and members of the San Diego Internet Crimes Against Children (SDICAC) task force executed the warrant at the residence on November 8, 2018. At the time of the execution of the search warrant, Michael Craig ROSE, was home with his wife and daughter.

While the search warrant was being executed, ROSE was interviewed after he agreed to waive his <u>Miranda</u> rights. In the interview, ROSE admitted to being the owner and primary user of a laptop computer inside the house. He also admitted to having knowledge of the software that was observed seeking the child pornography. ROSE denied downloading any child pornography.

Following the execution of the search warrant, the electronic media seized from ROSE's residence was forensically reviewed. The results revealed over 50,000 images and over 60 videos of child pornography or child erotica on ROSE's computer and other external devices seized from the residence, much of which was found in unallocated space. Of the images and videos which were requested from ROSE's IP

Address between April 29, 2017, and July 26, 2018, several hundred were found on ROSE's devices, including the following:

    A.    An image of a nude prepubescent female performing oral sex on a nude male child;

    B.    A video of a nude prepubescent female dancing around in front of a mirror. On several occasions the camera focuses on the child's genitalia.

    C.    An image of a finger being inserted into the vagina of a nude prepubescent female.

The media seized from ROSE's residence and/or parts of these devices were not manufactured within the state of California and must have traveled in interstate or foreign commerce to be found therein. Further, based upon my training and experience, I know that use of the peer-to-peer software program to receive and/or distribute images requires the use of the internet, which is a means and facility of interstate commerce.

## REQUEST FOR SEALING

It is further respectfully requested that this Court issue an Order sealing, until further order of this Court, all papers submitted in support of this complaint, including the probable cause statement and arrest warrant. Sealing is necessary because premature disclosure of the contents of this probable cause statement and related documents may cause the defendant to flee and may cause destruction of evidence and may have a negative impact of this continuing investigation.