# UNITED STATES DISTRICT COURT
for the
Southern District of California

| | |
|---|---|
| United States of America<br>v.<br>Michael Craig ROSE<br><br>*Defendant* | )<br>)<br>) Case No. 20MJ0219-AGS<br>)<br>) |

**FILED**
JAN 2 3 2020
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

## PRETRIAL RELEASE ORDER

IT IS ORDERED that the defendant's release is subject to these conditions:

### Mandatory Conditions

(1) The defendant must not violate federal, state, or local law during the period of release.
(2) The defendant must cooperate in the collection of a DNA sample as authorized by 42 U.S.C. § 14135a.

### Standard Conditions
*(Each Standard Condition applies, unless stricken.)*

(3) The defendant must appear in court as ordered and surrender as directed to serve any sentence.
(4) The defendant must not possess or attempt to possess a firearm, destructive device, or other dangerous weapon. The defendant must legally transfer all firearms, as directed by Pretrial Services.
(5) The defendant must not use or possess a narcotic drug or other controlled substance without a lawful medical prescription. The defendant must not use or possess marijuana under any circumstances.
(6) The defendant must report to the U.S. Pretrial Services Office (telephone (619) 557-5738) on the day of the initial court appearance or within 24 hours of the defendant's release from custody, whichever is later. Throughout this case, the defendant must report as directed by the Pretrial Services Office and follow all directions of the Pretrial Services Office.
(7) The defendant must advise the Court or the Pretrial Services Office in writing of: (1) the defendant's current residence address and phone number, when first reporting to Pretrial Services; and (2) any new contact information, before making any change of residence or phone number.
(8) The defendant must read this Pretrial Release Order and the "Advice of Penalties and Sanctions" form, or have them read to the defendant in the defendant's native language. The defendant must acknowledge the defendant's understanding of all the pretrial release conditions and the penalties and sanctions for any violations, by signing the "Advice of Penalties and Sanctions" form.
(9) Restrict travel to: ☒ San Diego County   ☐ Imperial County   ☐ State of California
    ☐ CDCA (L.A., Orange, Riverside, San Bernardino, S.L.O., Santa Barbara, Ventura)
    ☒ Do not enter Mexico   ☐ Other Travel Restriction: _____
    ☐ Any travel outside the SDCA will be at defendant's own expense.

### Additional Conditions

(10) ☐ (a) The defendant is released on personal recognizance.
     ☒ (b) The defendant must execute an appearance bond in the amount of $ **40,000** that is:
        ☐ Unsecured.
        ☐ Secured, as set forth below. The Court finds that an unsecured bond will not reasonably assure the defendant's appearance as required and/or will endanger the safety of another person or the community.
        Security: ☐ The co-signatures of _____ financially responsible (and related) adults or _____.
                  ☐ A cash deposit with the Court of $ _____ by defendant or surety.
                  ☒ A trust deed to the United States on real property approved by a federal judge.
                  ☐ A cash bond and/or a bail bond by an approved, solvent corporate surety. A corporate bail bond must cover all conditions of release, not just appearances.
                  ☐ Other: _____
        Hearing: ☐ Surety examination   ☐ Nebbia hearing (bail source hearing)
(11) ☐ 18 U.S.C. § 3142(d) hold until _____; if no detainer is lodged by then, these conditions take effect.

(12) The defendant must:
- ☑ (a) actively seek or continue full-time employment, or schooling, or a combination of both.
- ☐ (b) reside with (☐) a family member, surety, or _____, or
  (☐) at a residence approved by the Pretrial Services Office, including any contract facility.
- ☑ (c) surrender any valid passport to the Pretrial Services Office and not obtain a passport or other international travel document.
- ☐ (d) clear all warrants/FTAs and pay all fines within 90 days of release or as directed by the Pretrial Services Office.
- ☐ (e) submit to psychological/psychiatric treatment at Pretrial Services' discretion.
- ☐ (f) submit to drug/alcohol testing no more than ___ times per month and/or outpatient substance abuse therapy and counseling, as directed by the Pretrial Services Office. Testing may include urine testing, the wearing of a sweat patch, a remote alcohol testing system, and/or any form of prohibited substance screening or testing. Pretrial Services need not notify the Court of test results attributed to residual elimination.
- ☑ (g) not use alcohol at all.
- ☑ (h) not have a blood alcohol content (BAC) of .08% or more.
- ☐ (i) participate in and complete a program of inpatient substance abuse therapy and counseling, as directed by the Pretrial Services Office.
- ☐ (j) avoid all contact, directly or indirectly, with any person who is or may be a victim or witness in the investigation or prosecution, including: _____
- ☑ (k) participate in the Location Monitoring Program and comply with its requirements as directed under the following component and technology:
  - ☐ (i) **Curfew.** You are restricted to your residence (☐) every day from _____ to _____, or (☐) as directed by the pretrial services office or supervising officer.
  - ☑ (ii) **Home Detention.** You are restricted to your residence at all times except for Pretrial Services-approved absences for: employment; education; religious services; medical, substance abuse, or mental health treatment; attorney visits; court appearances; Court-ordered obligations; or other activities.
  - ☐ (iii) **Home Incarceration.** You are restricted to 24-hour-a-day lock-down at your residence except for Court-approved absences for medical necessities, court appearances, or other activities.
  
  Technology: ☑ Global Positioning System (GPS)  ☐ Radio Frequency  ☐ Voice Recognition
  ☑ You must pay all or part of the cost of the program based on your ability to pay as determined by the pretrial services officer.
  ☑ Defense counsel must notify Pretrial Services upon submission of bond paperwork; defendant to be released from custody to Pretrial Services the following business day by 10:00 a.m. and Pretrial Services to transport if needed.
- ☐ (l) return to custody each _____ at _____ AM/PM after being released at _____ AM/PM for employment, schooling, or the following purposes: _____
- ☐ (m) maintain residence at a halfway house, community corrections center, or residential facility, as the Pretrial Services Office or supervising officer considers necessary.
- ☐ (n) remain in the custody of _____, who will supervise the defendant and notify the Court immediately if the defendant violates any conditions of release.
- ☑ (o) **Adam Walsh Act:** See attached Addendum for additional conditions.
- ☐ (p) Other conditions: _____

(13) ☐ All conditions previously set will remain the same.

Dated: 1/23/2020

*/s/ signature*
Honorable Andrew G. Schopler
United States Magistrate Judge

USA v. _Michael Craig ROSE_   Case No. _20 MJ 0219-AGS_

Addendum to Order and Conditions of Pretrial Release: Bail (18 U.S.C. 3142(c))
In addition to the conditions of pretrial release set forth in the "Order of Conditions of Pretrial Release: Bail,"
Defendant shall:

✓1. Surrender passports and all travel documents to Pretrial Services. Do not apply or reapply for any passport or travel documents during the pendency of case;

✓2. Avoid all contact with an alleged victim of the crime and with potential witnesses who may testify concerning the offense.

✓3. Submit to psychiatric/psychological counseling as specified by Pretrial Services, and such counseling is to be with a counselor who has experience in treating individuals charged with sexual crimes;

✓4. Participate in the "Computer Monitoring Program" and do not use/access any computer without monitoring software installed, unless approved in advance by Pretrial Services;

✓5. Do not access any social networking sites including, but not limited to, MySpace, Facebook, Friendster, etc.;

✓6. Do not access any website or possess any material depicting sexually explicit conduct as defined by Title 18 U.S.C. 2256(2);

✓7. Do not access any online computer service or any other device with internet capabilities (IPODS, X-Box, Wii, cellular phone) at any location, at any time. This includes any internet service provider, bulletin board system or other public or private network; → EXCEPT AS AUTHORIZED IN #15 BELOW

✓8. No direct or indirect contact with children under the age of 18 unless accompanied and supervised by an adult who is aware of the charges and who must be physically present at the time of the contact;

✓9. Report to Pretrial Services within 8 hours of any unauthorized contact with any person under the age of 18;

✓10. Do not engage in any paid occupation or volunteer service that allows for direct or indirect exposure to children under the age of 18, unless approved in advance by the Court and Pretrial Services;

✓11. Shall not frequent or loiter in any place where children under the age of 18 congregate (e.g., schools, parks, playgrounds, video arcades, swimming pools, etc.);

✓12. Notify employer of conditions of release within __7__ days of release, OR AS DIRECTED BY PTS. (CALENDAR DAYS)

✓13. Participate in the Location Monitoring Program and abide by all technology requirements.
   ✓ Defendant shall pay all or part of the costs of monitoring as directed by the court and/or the pretrial services officer. Defendant and sureties are responsible for all equipment associated with this program including loss or damage.
   The defendant will be placed on (✓) GPS monitoring ( ) Voice Verification, under the following:
   ( ) Home Incarceration
   (✓) Home Detention
   ( ) Curfew - remain at your residence every day from
   _____ (am/pm) to _____ (am/pm) or as directed by the Pretrial Services Officer;

✓14. **Defense counsel to notify Pretrial Services upon submission of bond paperwork; defendant to be released from custody directly to Pretrial Services the following business day by 10:00 a.m. and Pretrial Services to transport if needed.**

✓15. Other: _PARTICIPATE IN "COMPUTER MONITORING PROGRAM" & DO NOT USE/ACCESS ANY COMPUTER WITHOUT MONITORING SOFTWARE INSTALLED, UNLESS APPROVED BY PTS._

DATED: _1/23/2020_   FILED _[signature]_
Federal Judge, Andrew G. Schopler

cc: Original/Defendant-Counsel/Pretrial Services
(3/2010)

JAN 23 2020
CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY